646 A.2d 412

**Richard HARRIS**

v.

**STATE of Maryland.**

No. 142, Sept. Term, 1993.

Court of Appeals of Maryland.

Aug. 26, 1994.

Margaret L. Lanier, Asst. Public Defender (Stephen E. Harris, Public Defender, both on brief), Baltimore, for appellant.

Richard B. Rosenblatt, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., George A. Eichhorn, III, Alan D. Eason, Asst. Attys. Gen., all on brief), Baltimore, for appellee.

Before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

### ORDER

In light of the provisions of Maryland Code (1957, 1993 Repl.Vol.), Art. 41, § 4–102.1(c), (k) and (*l*), it is this 26th day of August, 1994, by the Court of Appeals of Maryland, a majority of the judges concurring,

ORDERED that the judgment of the Circuit Court for Baltimore City in the above-captioned matter be, and it is hereby, vacated, and this action is remanded to the Circuit

Court for Baltimore City for the entry of a judgment dismissing this action without prejudice.